# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Robert Burton<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  13 MJ 7131 JCB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2007-June 2013__ in the county of __Bristol__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 15, United States Code, Sections 78j(b) and 78ff and 17 C.F.R. Section 240.10b-5 | Securities Fraud |

This criminal complaint is based on these facts:

Please see attached Exhibit A (Affidavit of David Makol).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Makol, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __August 28, 2013__

_____
*Judge's signature*

City and state: __Boston, MA__     Hon. Jennifer C. Boal U.S. Magistrate Judge
*Printed name and title*