UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                        DOCKET NO. 13-MJ-07131-JBC

ROBERT BURTON

## MOTION TO WITHDRAW

Assistant Federal Defender Christine DeMaso hereby moves to withdraw from this matter. As grounds for this motion, Assistant Federal Defender Oscar Cruz, Jr., has filed his appearance on behalf of defendant.

ROBERT BURTON
By His Attorney

*/s/ Christine DeMaso*
**Christine DeMaso [BBO # 670501]**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA 02210**
**Tel: 617-223-8061**
**Email: Christine_DeMaso@fd.org**

## CERTIFICATE OF SERVICE

I, Christine DeMaso, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 30, 2013.

*/s/ Christine DeMaso*
**Christine DeMaso**