✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Massachusetts

United States of America

V.

Robert Burton

**EXHIBIT AND WITNESS LIST**

Case Number: 1:13-mj-07131-JCB-1

| PRESIDING JUDGE<br>Jennifer C. Boal | | | PLAINTIFF'S ATTORNEY<br>Sarah E. Walters | | DEFENDANT'S ATTORNEY<br>Oscar Cruz , Jr. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>9/4/2013 - 9/4/2013 | | | COURT REPORTER<br>Digital Recorder | | COURTROOM DEPUTY<br>Steve York |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | Testimony of Special Agent Iacone |
| 1 | | 9/4/2013 | Y | Y | Criminal Complaint & Affidavit as to defendant Burton filed in case # 13-MJ-7131-JCB |
| 2 | | 9/4/2013 | Y | Y | Complaint & Attachments filed in the Suffolk County Court with case # 13-0812B (filed on 3/6/13) |
| 3 | | 9/4/2013 | Y | Y | Preliminary Injunction Order from the Suffolk County Court filed in case # 13-0812B (on 3/13/13) |
| 4 | | 9/4/2013 | Y | Y | Amended Preliminary Order from the Suffolk County Court filed in case # 13-0812B (on 4/12/13) |
| 5 | | 9/4/2013 | Y | Y | Complaint for contempt filed in the Suffolk County Court with case # 13-0812B dated (7/12/13) |
| 6 | | 9/4/2013 | Y | Y | Suffolk County Case Summary Docket Sheet detailing case # 13-0812B |
| 7 | | 9/4/2013 | Y | Y | Trial Subpoena to defendant Burton filed in case # 13-0812B |
| | | | | | Testimony of Attorney Mook |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages