UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim No. 13-CR-10292-MLW |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ROBERT BURTON ) | |
| Defendant ) | |
| ) | |
| _____) | |

**MOTION FOR LEAVE TO DISMISS**
**INDICTMENT AND SUPERSEDING INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 48(a), the government seeks leave to dismiss the Indictment, Dkt. No. 21, and the Superseding Indictment, Dkt. No. 53 in this case. As grounds for this Motion, the government states that, on August 14, 2014, the Grand Jury returned a Second Superseding Indictment in this matter, Dkt. No. 77, which became the operative charging document. The defendant pleaded guilty to, and has been sentenced on, all of the charges in the Second Superseding Indictment. In light of the Second Superseding Indictment, the government respectfully requests that the Court allow this Motion for Leave to Dismiss Indictment and Superseding Indictment and dismiss both the underlying Indictment and Superseding Indictment.

Respectfully submitted,

CARMEN M. ORTIZ

By: */s/ Sarah E. Walters*
Sarah E. Walters
Assistant U.S. Attorney

1

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 23, 2014

                                      */s/ Sarah E. Walters*
                                      SARAH E. WALTERS